PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-43916-MXM-13 |
| **MARVIN WILLIAM EMORY (XXX-XX-0315)** | |
| **CHERIE ELEE EMORY (XXX-XX-5789)** | |
| **3727 PECAN CIR** | |
| **BEDFORD, TX 76021** | |
| | |
| **DEBTORS** | HEARING: 1/8/2026 8:30 AM |

**NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED
NECESSARY TO CURE (INCLUDING NOTICE OF HEARING)
(Mid Case Mortgage Notice per Local Bankruptcy Rule 3002.1-1)**

**RESPONSE REQUIRED**

RE: ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC, Court Claim No. 10, Account No. 6745, Property: 3727 PECAN

**TO ALL PARTIES IN INTEREST**

PURSUANT TO LOCAL RULE 3002.1-1, THE CHAPTER 13 TRUSTEE, PAM BASSEL, FILES THIS NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE ("MORTGAGE NOTICE").

A SCHEDULING ORDER WILL BE SERVED BY THE BANKRUPTCY CLERK WHICH WILL ESTABLISH SPECIFIC, IMPORTANT, AND MANDATORY DATES AND DEADLINES CONCERNING THIS MORTGAGE NOTICE, AS WELL AS OTHER REQUIREMENTS ("SCHEDULING ORDER"). IF THERE IS ANY CONFLICT BETWEEN THE SCHEDULING ORDER AND THIS MORTGAGE NOTICE, THE SCHEDULING ORDER WILL CONTROL.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002.1-1, ON OR BEFORE SIXTY (60) DAYS FROM THE DATE OF SERVICE OF THIS MORTGAGE NOTICE, THE HOLDER OF A CLAIM COVERED BY THIS MORTGAGE NOTICE <u>SHALL FILE A WRITTEN RESPONSE</u> WITH THE CLERK OF THE COURT AT 128 U.S. COURTHOUSE, 10TH & LAMAR ST., ROOM 147, FORT WORTH, TEXAS, 76102 & SHALL SERVE THE RESPONSE ON THE DEBTORS, DEBTORS' ATTORNEY AND THE TRUSTEE AND ANY OTHER PARTY IN INTEREST. THE RESPONSE SHALL INDICATE WHETHER THE HOLDER DISPUTES THE INFORMATION CONTAINED IN THIS MORTGAGE NOTICE. THE RESPONSE SHALL ALSO ITEMIZE ANY CURE AMOUNTS OR POST-PETITION ARREARAGES THAT THE HOLDER CONTENDS EXIST ON THE DATE OF THE RESPONSE. THE DEBTORS MAY FILE A REPLY WITHIN NINETY (90) DAYS FROM THE DATE OF THE FILING OF THIS MORTGAGE NOTICE.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002.1-1, THE COURT SHALL, AFTER NOTICE AND HEARING, DETERMINE WHETHER OR NOT THE DEBTORS ARE CURRENT ON ALL REQUIRED POST-PETITION AMOUNTS. <u>IF THE HOLDER OF A CLAIM FAILS TO RESPOND AND/OR THE DEBTORS FAIL TO REPLY, THE COURT MAY MAKE THIS DETERMINATION BY DEFAULT</u>. AN ORDER SHALL BE ISSUED REFLECTING ANY DETERMINATION BY THE COURT.

IF A RESPONSE AND REPLY IS TIMELY FILED, A HEARING ON THIS MORTGAGE NOTICE SHALL BE DEEMED REQUESTED. A HEARING BEFORE THE COURT ON THIS MORTGAGE NOTICE SHALL BE SET FOR 8:30 AM, ON JANUARY 8, 2026 AT THE U.S. BANKRUPTCY COURT, 501 W 10TH STREET, RM 128, FORT WORTH, TEXAS.

THE ENTRY OF ANY ORDER BY THE COURT ON THIS MORTGAGE NOTICE, WHETHER BY DEFAULT OR OTHERWISE, SHALL PRECLUDE THE HOLDER OF THE CLAIM AND THE DEBTORS FROM CONTESTING THE AMOUNTS SET FORTH IN THE ORDER IN ANY CONTESTED MATTER OR ADVERSARY PROCEEDING IN THIS CASE OR IN ANY OTHER MATTER, MANNER, OR FORUM AFTER A DISCHARGE IN THIS CASE, UNLESS THE COURT DETERMINES, AFTER NOTICE AND HEARING, THAT THE FAILURE TO RESPOND AND/OR REPLY WAS SUBSTANTIALLY JUSTIFIED OR IS HARMLESS.

**PLAN DELINQUENCY**

**To the Trustee's knowledge, the Debtors have a current PLAN PAYMENT DELINQUENCY amount of $0.00.**

**PRE-PETITION**

**SUMMARY OF PAYMENTS**

**ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC**

Claim Type:  Mortgage Pre Arrs - Pro Rata          **Trustee Claim #46**          Claim Amount:  **$1,464.70**

| **TOTAL DISBURSED** | (Principal Paid + Interest Paid) <br> $1,464.70 + $0.00 = | Total Paid <br> $1,464.70 | Principal Amount Due: <br> $0.00 |
|---|---|---|---|

**MONTHLY ONGOING POST-PETITION MORTGAGE PAYMENTS**

The **CURRENT MONTHLY ONGOING POST-PETITION MORTGAGE PAYMENT** is to be paid to the Mortgage Lender through disbursements by the Chapter 13 Trustee.  Subject to Rule 3002.1(f)-(h), if the Conduit Debtors are current on Plan Payments to the Trustee or the payments due pursuant to any wage directive, the Mortgage Loan shall be deemed current post-petition.

**IF A RESPONSE IS NOT FILED, THE DEBTORS' ONGOING POST-PETITION MORTGAGE PAYMENTS WILL BE DEEMED CURRENT.**

**Date: 09/17/2025**

RESPECTFULLY SUBMITTED,

/s/ Pam Bassel
Pam Bassel, Trustee
State Bar No. 01344800
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**NOTICE OF HEARING**

This matter will be called at the docket call on the date and time above in RM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St, Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone:**

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on September 17, 2025, either electronically or via U.S. First Class Mail.

ALDRIDGE PITE LLP, 8880 RIO SAN DIEGO DR STE 725, SAN DIEGO, CA  92108

Marvin William Emory, Cherie Elee Emory, 3727 Pecan Cir, Bedford, TX  76021

NORRED LAW PLLC, 515 E BORDER ST, ARLINGTON, TX  76010

ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC, 635 WOODWARD AVE, DETROIT, MI  48226