# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FT. WORTH DIVISION

| | |
|---|---|
| IN RE: | |
| MARVIN WILLIAM EMORY and CHERIE ELEE EMORY, | CASE NO. 23-43916-MXM13 |
| | CHAPTER 13 |
| Debtors | |

## RESPONSE TO AMENDED NOTICE OF AMOUNT DEEMED NECESSARY TO CURE (MID-CASE AUDIT PER LOCAL BANKRUPTCY RULE 3002-2) BY ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC, its successors and/or assigns (Creditor), a secured creditor and party in interest, to file its *Response to the Amended Notice of Amount Deemed Necessary to Cure* (the "Notice") filed on September 22, 2025, docket number 38, and responds as follows:

**1.** Creditor agrees with the Notice that, as of October 16, 2025, the Trustee has paid $1,464.70 towards Creditor's Proof of Claim number 10 pre-petition arrears, as set forth in Docket No. 38.

**2.** Creditor states that as of October 16, 2025, the Notice of Post-Petition Mortgage Fees, Expenses, and Charges was filed in the amount of $1,200.00 remains entirely due and payable as to the loan.

    **3.**    Creditor states that, as of November 3, 2025, the account is post-petition current, due for November 1, 2025 in the amount of $2,279.10.

        Respectfully Submitted,

        By: /s/ Anthony Schroeder
        Anthony Schroeder, SBN 24106407
        **ATTORNEY FOR CREDITOR**
        101 E. Park Boulevard
        Suite 600, Office 23
        Plano, TX 75074
        Telephone: (713) 293-3610
        Facsimile: (713) 293-3636
        Email: aschroeder@aldridgepite.com

        ***Mailing Address***
        3333 Camino del Rio South, Suite 225
        San Diego, CA 92108

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Response to the Amended Notice of Amount Deemed Necessary to Cure* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on November 3, 2025.

By: /s/ Anthony Schroeder
Anthony Schroeder

**DEBTORS' ATTORNEY**
**(via electronic notice)**

Clayton Everett
clayton@norredlaw.com

**DEBTORS**

Marvin William Emory
Cherie Elee Emory
3727 Pecan Circle
Bedford, TX 76021

**TRUSTEE**
**(via electronic notice)**

Pam Bassel
bassel341docs@fwch13.com

**U. S. TRUSTEE**
**(via electronic notice)**

United States Trustee
ustpregion06.da.ecf@usdoj.gov