

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 16, 2026**

_____
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:                                                                                                                      CASE NO.: 23-43916-MXM-13

**MARVIN WILLIAM EMORY**
    3727 PECAN CIR
    BEDFORD, TX 76021
    SSN/TIN: XXX-XX-0315

**CHERIE ELEE EMORY**
    3727 PECAN CIR
    BEDFORD, TX 76021
    SSN/TIN: XXX-XX-5789

**DEBTORS**

### ORDER ON NOTICE OF AMOUNT DEEMED NECESSARY TO CURE

    CAME ON for consideration the Notice of Amount Deemed Necessary to Cure Document No. 38 ("Notice"). The Court FINDS that pursuant to L.B.R. 3002-2(b), the Chapter 13 Trustee filed and served the Notice on the Debtors, Debtors' counsel, and the mortgage creditor named below. The Court further FINDS that the Notice contained negative notice language as authorized by L.B.R. 9007-1 informing the mortgage creditor of its obligation to file and serve a Response within 60 days otherwise the information contained in the Notice would be deemed unopposed. The Court further FINDS that:

    The mortgage creditor filed a Response to the Notice.

    The Debtors did not file a Response to the Notice.

    IT IS FURTHER ORDERED that as of September 22, 2025, the amount necessary to cure any pre-petition and/or post-petition home mortgage arrearage claims filed with the Court by the below named mortgage creditor is:

| **MORTGAGE CREDITOR** | **COURT CLAIM NO.** | **TRUSTEE CLAIM NO.** | **AMOUNT OWED** |
|---|---|---|---|
| ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC | 10 | 46 | $0.00 |

IT IS FURTHER ORDERED that except as noted above, the Debtors are delinquent on the ongoing post-petition mortgage payments being paid direct by the Debtors on Court Claim No. 10 in the amount asserted by the mortgage creditor in its Response dated November 03, 2025.

IT IS FURTHER ORDERED that the above named mortgage creditor shall be precluded from asserting any other cure amounts on the claims listed above that allegedly accrued before the date designated above in any Contested Matter or Adversary Proceeding in this case, or in any other manner, matter, or forum after a discharge in this case, without further order of the Court.

### End of Order ###