**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                           CASE NO.: 23-43916-MXM-13

**MARVIN WILLIAM EMORY**
3727 PECAN CIR
BEDFORD, TX 76021
SSN/TIN: XXX-XX-0315

**CHERIE ELEE EMORY**
3727 PECAN CIR
BEDFORD, TX 76021
SSN/TIN: XXX-XX-5789

**DEBTORS**                                          **HEARING: MAY 21, 2026 AT 8:30 AM**

### TRUSTEE'S  MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Modification of Chapter 13 Plan after Confirmation under 11 U.S.C. Section 1329. The Trustee would respectfully show the Court:

1. This Modification is to increase the amount to be paid pro rata to allowed, non-priority unsecured creditors to $66,776.22 after payment of the Trustee's fee and administrative expenses because of a change in circumstances according to the 2025 tax return.

2. Debtors' Plan Payment will increase beginning JUNE 14, 2026 to $1,777.00 for final 32 months for plan base of $79,906.00 in 60 months.

3.  All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

**NOTICE OF HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128, at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video:**

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone:**

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783


By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright


**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and parties listed below, if any.


By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright


Marvin William Emory
Cherie Elee Emory
3727 Pecan Cir
Bedford, TX  76021