

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2026**

United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                          CASE NO.: 23-43916-MXM-13

**MARVIN WILLIAM EMORY**

3727 PECAN CIR
BEDFORD, TX 76021
SSN/TIN: XXX-XX-0315

**CHERIE ELEE EMORY**

3727 PECAN CIR
BEDFORD, TX 76021
SSN/TIN: XXX-XX-5789

**DEBTORS**

### ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED APRIL 14, 2026

There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed April 14, 2026. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

The Parties' stipulations or agreements resolving all disputed issues which have been incorporated into the terms of this order.

IT IS THEREFORE ORDERED that the Modified Plan filed April 14, 2026, be and the same is hereby APPROVED and the Plan's base shall be entirely disbursed to creditors in amounts not less than the Plan Modification 's provisions in accordance with the order of payment subject to the following conditions, if any:

New Plan Payment(s) to Trustee, Amounts and Terms: (forward looking only)

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 06/21/2026 | 31.00 | $1,300.00 | MONTHLY |
| 01/21/2029 | End of Plan | $0.00 | MONTHLY |

Debtor's new payment will be on or before:  06/21/2026.

THE PLAN BASE SHALL BE CHANGED TO $65,119.00 IN 60 MONTHS.

IT IS FURTHER ORDERED plan payment to the Trustee shall increase to $1,300.00 per month beginning with the June 2026 payment. The plan base and return to unsecured creditors shall be adjusted accordingly.

All other changes proposed in the plan modification remain the same.

# # # END OF ORDER # # #