United States Bankruptcy Court

Northern District of Texas

In re:                                                         Case No. 23-43916-mxm

Marvin William Emory                                  Chapter 13

Cherie Elee Emory

      Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 22, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID**                     **Recipient Name and Address**
db/jdb                      +   Marvin William Emory, Cherie Elee Emory, 3727 Pecan Circle, Bedford, TX 76021-2812

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

Camille Stecker

         on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com
         Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com

Clayton Everett

         on behalf of Joint Debtor Cherie Elee Emory clayton@norredlaw.com
         clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett

         on behalf of Debtor Marvin William Emory clayton@norredlaw.com
         clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David Anthony Schroeder, I

         on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC ecftxnb@aldridgepite.com,
         aschroeder@ecf.courtdrive.com

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2026 | Form ID: pdf012 | Total Noticed: 1

David Anthony Schroeder, I

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

Gail Elizabeth Stock

    on behalf of Creditor Baylor Health Care System Credit Union gstock@jdlawtx.com

Jennifer Laufgas

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ecftxnb@aldridgepite.com, jlaufgas@ecf.courtdrive.com;Jlaufgas@aldridgepite.com

Pam Bassel

    fwch13cmecf@fwch13.com

United States Trustee

    ustpregion06.da.ecf@usdoj.gov


TOTAL: 9



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2026**

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IN RE:**                                                                                      **CASE NO.: 23-43916-MXM-13**

**MARVIN WILLIAM EMORY**
3727 PECAN CIR
BEDFORD, TX 76021
SSN/TIN: XXX-XX-0315

**CHERIE ELEE EMORY**
3727 PECAN CIR
BEDFORD, TX 76021
SSN/TIN: XXX-XX-5789

**DEBTORS**

### ORDER APPROVING MODIFIED PLAN AFTER CONFIRMATION DATED APRIL 14, 2026

There came on for consideration the Modification of Chapter 13 Plan after Confirmation filed April 14, 2026. The Court FINDS that notice was and is appropriate under the circumstances. The Court is of the opinion that the Modification of the Chapter 13 Plan after Confirmation should be APPROVED based on:

The Parties' stipulations or agreements resolving all disputed issues which have been incorporated into the terms of this order.

IT IS THEREFORE ORDERED that the Modified Plan filed April 14, 2026, be and the same is hereby APPROVED and the Plan's base shall be entirely disbursed to creditors in amounts not less than the Plan Modification 's provisions in accordance with the order of payment subject to the following conditions, if any:

New Plan Payment(s) to Trustee, Amounts and Terms: (forward looking only)

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 06/21/2026 | 31.00 | $1,300.00 | MONTHLY |
| 01/21/2029 | End of Plan | $0.00 | MONTHLY |

Debtor's new payment will be on or before:  06/21/2026.

THE PLAN BASE SHALL BE CHANGED TO $65,119.00 IN 60 MONTHS.

IT IS FURTHER ORDERED plan payment to the Trustee shall increase to $1,300.00 per month beginning with the June 2026 payment. The plan base and return to unsecured creditors shall be adjusted accordingly.

All other changes proposed in the plan modification remain the same.

# # # END OF ORDER # # #